UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: )
)
**ELLENBERGER, KAROL A.** ) Bankruptcy Case No. 14-80671 TML
) Chapter 7
)
Debtor(s). )

### CERTIFICATE OF SERVICE

The undersigned certifies that on May 16, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

ELLENBERGER, KAROL A.
8633 ROTE ROAD
ROCKFORD, IL 61107

BERNARD J NATALE, LTD
1639 NORTH ALPINE ROAD SUITE 401
ROCKFORD, IL 61107
*(Via ECF Electronic Transmission)*

Patrick Layng
219 S. Dearborn Street
Room 873
Chicago, IL 60604
*(Via ECF Electronic Transmission)*

BMO HARRIS BANK, N.A. with
Bayview Loan Servicing, LLC,
c/o Klein, Daday, Aretos & O'Donoghue, LLC
2550 W. Golf Road, Suite 250
Rolling Meadows, IL 60008

/s/ Debbie M. Harris

JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
Phone: (815) 962-6611
Fax: (815) 962-1758
jstevens@bslbv.com