**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: ELLENBERGER, KAROL A. § Case No. 14-80671
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $289,586.00         Assets Exempt: $33,730.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $12,820.25    Claims Discharged
                                               Without Payment: $244,090.79

Total Expenses of Administration: $12,179.75

3) Total gross receipts of $ 25,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 12,179.75 | 12,179.75 | 12,179.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 620.00 | 407,140.83 | 256,291.04 | 12,820.25 |
| **TOTAL DISBURSEMENTS** | $620.00 | $419,320.58 | $268,470.79 | $25,000.00 |

    4) This case was originally filed under Chapter 7 on March 04, 2014. The case was pending for 43 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/19/2017     By: /s/JAMES E. STEVENS
                                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Beneficial Interest in I-90 Interstate Trust | 1129-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAMES E. STEVENS | 2100-000 | N/A | 3,250.00 | 3,250.00 | 3,250.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Barrick, Switzer, Long, Balsley & | 3120-000 | N/A | 615.00 | 615.00 | 615.00 |
| Other - Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 8,280.00 | 8,280.00 | 8,280.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.75 | 34.75 | 34.75 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$12,179.75** | **$12,179.75** | **$12,179.75** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 5 ─PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 ─PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 ─GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | BMO HARRIS BANK, N.A. with | 7100-000 | N/A | 150,849.79 | 0.00 | 0.00 |
| 1 -2 | BMO HARRIS BANK, N.A. with | 7100-000 | N/A | 256,291.04 | 256,291.04 | 12,820.25 |
| NOTFILED | Universal Card/Citibank | 7100-000 | 167.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/Capital One | 7100-000 | 29.00 | N/A | N/A | 0.00 |
| NOTFILED | Klein, Daday, Aretos et al. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Exxon Mobil Citi Card | 7100-000 | 424.00 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $620.00 | $407,140.83 | $256,291.04 | $12,820.25 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-80671  
**Case Name:** ELLENBERGER, KAROL A.  
**Period Ending:** 09/19/17

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 03/04/14 (f)  
**§341(a) Meeting Date:** 04/10/14  
**Claims Bar Date:** 08/08/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 8633 Rote Road, Rockford, IL | 143,000.00 | 0.00 | | 0.00 | FA |
| 2 | 211 No. Longwood Street, Rockford, IL<br>4 parcels of vacant land; tried to donate to Swedish American Hospital, but the hospital gave it back. The Trustee is no longer pursuing this real estate. | 24,966.00 | 20,126.00 | | 0.00 | FA |
| 3 | 7963 Conehill Circle, Rockford, IL | 84,000.00 | 0.00 | | 0.00 | FA |
| 4 | checking account Union Savings | 900.00 | 0.00 | | 0.00 | FA |
| 5 | checking and savings account at Chase | 2,470.00 | 0.00 | | 0.00 | FA |
| 6 | Normal complement of hhg and furnishings | 1,000.00 | 40.00 | | 0.00 | FA |
| 7 | Normal comlement of clothing | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Retirement annuity with Protective Life Insuranc | Unknown | Unknown | | 0.00 | FA |
| 9 | Retirement annuity with Transamerica Life Ins. | 14,600.00 | 0.00 | | 0.00 | FA |
| 10 | IRS through Nationwide Funds | 12,100.00 | 0.00 | | 0.00 | FA |
| 11 | 2004 Dodge Caravan | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 12 | 2011 Kia Soul | 4,250.00 | 1,850.00 | | 0.00 | FA |
| 13 | Beneficial Interest in I-90 Interstate Trust<br>11 acres of vacant land located at XXXX Royal Oaks Road and 79XX Bruxhim Rd., Rockford, IL . See Order Compromising Controversy entered December 19, 2016. | 11,391.00 | 11,391.00 | | 25,000.00 | FA |
| 13 | Assets   Totals (Excluding unknown values) | $300,977.00 | $35,407.00 | | $25,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   October 31, 2014    **Current Projected Date Of Final Report (TFR):**   April 22, 2017  (Actual)

Printed: 09/19/2017 01:38 PM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-80671  
**Case Name:** ELLENBERGER, KAROL A.  

**Taxpayer ID #:** **-***1964  
**Period Ending:** 09/19/17  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1966 - Checking Account  
**Blanket Bond:** $4,396,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/17 | {13} | NATALE TRUST FUND | ORDER TO CC RE 7963 CONEHILL CRICLE | 1129-000 | 25,000.00 | | 25,000.00 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.75 | 24,965.25 |
| 06/15/17 | 101 | JAMES E. STEVENS | Dividend paid 100.00% on $3,250.00, Trustee Compensation;  Reference: | 2100-000 | | 3,250.00 | 21,715.25 |
| 06/15/17 | 102 | BMO HARRIS BANK, N.A. with | Dividend paid   5.00% on $256,291.04; Claim# 1 -2; Filed: $256,291.04; Reference: | 7100-000 | | 12,820.25 | 8,895.00 |
| 06/15/17 | 103 | Barrick, Switzer, Long, Balsley & Van Evera | Combined Check for Claims#et_al. | | | 8,895.00 | 0.00 |
| | | | Dividend paid 100.00%         615.00 on $615.00;  Claim# ; Filed: $615.00 | 3120-000 | | | 0.00 |
| | | | Dividend paid 100.00%      8,280.00 on $8,280.00;  Claim# ; Filed: $8,280.00 | 3210-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 25,000.00 | 25,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 25,000.00 | 25,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$25,000.00** | **$25,000.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******1966** | 25,000.00 | 25,000.00 | 0.00 |
| | **$25,000.00** | **$25,000.00** | **$0.00** |